1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12   ROBERT BOWIE,                          1:11-cv-01349-GBC (PC)

13               Plaintiff,                  ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE
14          v.                              EASTERN DISTRICT OF CALIFORNIA

15   HIGH DESERT STATE PRISON,

16               Defendants.

17   _____/

18                            **ORDER**

19          Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to

20   42 U.S.C. § 1983.

21          In his Complaint, Plaintiff alleges violations of his civil rights by Defendants.  The

22   alleged violations took place in Lassen County, which is part of the Sacramento Division of

23   the United States District Court for the Eastern District of California.  Therefore, the

24   Complaint should have been filed in the Sacramento Division.

25          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the

26   proper court may, on the court's own motion, be transferred to the proper court.  Therefore,

27   this action will be transferred to the Sacramento Division.

28   ///

                                    -1-

1   IT IS HEREBY ORDERED that:

2   1.   This action is transferred to the United States District Court for the Eastern

3        District of California sitting in Sacramento; and

4   2.   All future filings shall refer to the new Sacramento case number assigned and

5        shall be filed at:

6
7                    United States District Court
                     Eastern District of California
                     501 "I" Street, Suite 4-200
8                    Sacramento, CA 95814

9   IT IS SO ORDERED.

10
    Dated:   August 22, 2011
11                                              _____
                                                UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-