IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BOWIE,

       Plaintiff,                    No. 2:11-cv-2212 KJN P

      vs.

HIGH DESERT STATE PRISON,

       Defendant.             ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

        In addition, it appears plaintiff failed to file the entire civil rights complaint. Plaintiff's August 15, 2011 complaint is filed on the form used by the Central District of California. The form is six pages long; however, plaintiff only provided the first three pages. Plaintiff has failed to provide the nature of his claim or claims against defendant, and did not sign the complaint. Rule 11 of the Federal Rules of Civil Procedure requires that all pleadings must be signed by a party proceeding without counsel. Id.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint is dismissed.

2. The Clerk of the Court is directed to send plaintiff a form for filing a civil rights action under 42 U.S.C. § 1983 with the accompanying instructions and an Application to Proceed In Forma Pauperis By a Prisoner with the accompanying information sheet.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court:

   a. The completed Notice of Amendment;

   b. The appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee; and

   c. An original and one copy of the Amended Complaint.

Plaintiff's amended complaint shall comply with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The amended complaint must also bear the docket number assigned to this case and must be labeled "Amended Complaint."

4. Failure to comply with this order may result in the dismissal of this action.

DATED: August 24, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bowi2212.3a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BOWIE, | | |
| | Plaintiff, | No. 2:11-cv-2212 KJN P |
| vs. | | |
| HIGH DESEN STATE PRISON, | | SUBMISSION OF |
| | Defendants. | IFP or FILING FEE |
| _____ / | | AND AMENDED COMPLAINT |

Plaintiff hereby submits the following document in compliance with the court's order filed _____:

_____     IFP affidavit

_____     The appropriate filing fee

_____     Amended Complaint that is signed and complete.

DATED:

_____
Plaintiff