IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BOWIE,

    Plaintiff,                         No. 2:11-cv-2212 KJN P

    vs.

HIGH DESERT STATE PRISON,

    Defendant.                  ORDER

/

        Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed August 25, 2011, plaintiff's complaint was dismissed, and plaintiff was ordered to file an amended complaint, and an in forma pauperis affidavit or pay the appropriate filing fees within thirty days. Plaintiff was cautioned that failure to do so may result in the dismissal of this action. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an amended complaint and an in forma pauperis affidavit or paid the appropriate filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: September 26, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bowi2212.fta